UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROGER ESSAGHOF                              JURY TRIAL DEMANDED

v.                                            CASE NO. 3:07CV

FIRST DATA MERCHANT SERVICES CORPORATION
EQUIFAX INFORMATION SERVICES LLC

## **COMPLAINT**

1. This is an action against defendants for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*, the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a *et seq.*, the Consumer Credit Reports Act ("CCRA"), Conn. Gen. Stat. §36a-695, or common law.

2. This Court's jurisdiction is conferred by 15 U.S.C. §1681p and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual who resides in Connecticut.

4. The defendant Equifax is a consumer reporting agency within the meaning of the Fair Credit Reporting Act.

5. The defendant First Data furnished information about an account guaranteed by plaintiff to Equifax and other consumer reporting agencies.

6. In or before December, 2006, Plaintiff disputed the First Data account directly to First Data as well as to Equifax and other consumer reporting agencies.

7. Equifax and other consumer reporting agencies conveyed plaintiff's dispute to First Data.

8. First Data did not mark its trade line as disputed, even though it knew it was disputed.

9. Instead, First Data verified as reported.

10. Defendants had sufficient information to determine, upon reasonable investigation, that the plaintiff's account was disputed.

11. Upon information and belief, each defendant violated the FCRA by failing or refusing to comply with the obligation to properly reinvestigate the plaintiff's disputes or correct the First Data reporting.

12. Upon information and belief, each defendant acted willfully within the meaning of the FCRA.

13. This action does not constitute a request or authorization for any defendant or its representative to access plaintiff's credit file in existence on or after the date hereof.

14. As a direct and proximate result of each defendant's conduct, the plaintiff suffered actual damage including damage to his credit reputation, reduction of his credit score, inconvenience in obtaining financing, embarrassment, and anxiety.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

3

THE PLAINTIFF


BY__/Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
　　123 Avon Street
　　New Haven, CT 06511-2422
　　(203) 772-0395
　　j.faulkner@snet.net

3