UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROGER ESSAGHOF

v.  CASE NO. 3:07CV 124 (WWE)

FIRST DATA MERCHANT SERVICES CORPORATION
EQUIFAX INFORMATION SERVICES LLC     March 23, 2007

NOTICE OF DISMISSAL AS TO FIRST DATA

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action as to remaining defendant FIRST DATA, with prejudice and without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on March 23, 2007, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net